1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | | |
|---|---|---|
| LORI HUELKE, an individual | ) | Case No: 2:25-CV-02102-MMD-NJK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER GRANTING STIPULATION TO** |
| | ) | **EXTEND TIME TO RESPOND TO** |
| A AND R HOSPICE, INC., doing | ) | **COMPLAINT** |
| business as LORIAN HEALTH, a | ) | |
| Nevada Corporation; LORIAN | ) | **(FIRST REQUEST)** |
| HEALTH, a California Corporation; | ) | |
| ROE BUSINESS ENTITIES I through | ) | |
| X, inclusive | ) | |
| Defendants. | ) | |
| | ) | |

19      IT IS HEREBY STIPULATED AND AGREED by and between the parties'

20 counsel of record that Defendants will have an extension of time up to and including

21 **November 17, 2025**, in which to file their response to Plaintiff's Complaint (ECF No.

22 1). This Stipulation is submitted and based on the following:

23      1.      Defendants A and R Hospice, Inc. and Lorian Health were both served

24 on October 6, 2025 (ECF No. 1).

25      2.      Defendants' counsel was recently retained and is still in the process of

26 investigating Plaintiff's allegations.

27
28

3.      The parties have agreed to extend the deadline for Defendants to file their response(s) to Plaintiff's Complaint to November 17, 2025, to allow Defendants sufficient time to address the allegations within Plaintiff's Complaint.

4.      This is the first stipulation to extend the time for Defendants to respond to Plaintiff's Complaint.

5.      The parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6(b)(1).

6.      This Stipulation is made in good faith and not for the purpose of delay.

7.      Nothing in this Stipulation and Order shall operate to waive, relinquish, or impair any claim, defense, objection, or right of any party in this case. Further, nothing in this Stipulation and Order shall be construed as an admission of or consent to the merit or validity of any claim, defense, objection, or right by any party in this case.

**ORDER**

IT IS SO ORDERED:

_____
U.S. DISTRICT MAGISTRATE JUDGE

October 31, 2025
_____
DATED