**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI HUELKE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>A AND R HOSPICE, INC., doing business as LORIAN HEALTH, a Nevada Corporation; LORIAN HEALTH, a California Corporation; ROE BUSINESS ENTITIES I through X, inclusive<br><br>Defendants. | Case No.: 2:25-CV-02102-MMD-NJK<br>**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW JENNIFER A. FORNETTI (ONLY) AS COUNSEL OF RECORD** |

COMES NOW, Defendants and hereby respectfully moves this Court to withdraw Jennifer A. Fornetti, Esq. as counsel of record.

Defendants continue to be represented by Alden J. Parker, Esq. and Elizabeth A. Hanson, Esq. as their counsel.

Attorney Jennifer A. Fornetti is no longer working on this matter. Good cause exists for this attorney's withdrawal because her withdrawal will not affect Defendants' interests, who continue to be represented by Fisher & Phillips, LLP. Withdrawal will not delay the case, discovery, or any other existing deadline.

- 1 -

FP 63896991.1

In accordance with LR IA 11-6, this Motion will be served on all counsel of record and on Defendants.

WHEREFORE, for the foregoing reasons, Defendants respectfully requests this Court grant this Motion and allow Jennifer A. Fornetti, to withdraw from representing Defendants in this instant matter.

DATED this 18th day of May, 2026.

**FISHER & PHILLIPS, LLP**

/s/ *Jennifer A. Fornetti*

JENNIFER A. FORNETTI, ESQ.
ELIZABETH A. HANSON, ESQ.
300 South Fourth Street
Suite 1500
Las Vegas, Nevada 89101

*Attorneys for Defendants*

**IT IS SO ORDERED**
Dated: May 18, 2026

Nancy J. Koppe
United States Magistrate Judge

FP 63896991.1

- 2 -