JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
*JDunn@GGTrialLaw.com*
*MHale@GGTrialLaw.com*
*MBurnette@GGTrialLaw.com*

*Attorneys for Plaintiff Lori Huelke*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LORI  HUELKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>A AND R HOSPICE, INC., doing business as LORIAN HEALTH, a Nevada Corporation; LORIAN HEALTH, a California Corporation,<br><br>Defendants. | Case No.: 2:25-cv-02102-MMD-NJK<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Lori L. Huelke ("Plaintiff"), by and through her counsel of record, Greenberg Gross LLP, and Defendants A and R Hospice, Inc. dba Lorian Health and Lorian Health ("Defendants"), by and through their counsel of record, Fisher & Phillips LLP, hereby stipulate to extend Plaintiff's deadline to respond to Defendants' Motion for Summary Judgment by one week, from July 6, 2026 to **July 13, 2026**.

///

-1-

STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

This is the parties' first request for an extension of this deadline. The extension is requested in good faith, is not sought for delay.

Dated this 6th day of July, 2026.

/s/ Michael A. Burnette
JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
MICHAEL A. BURNETTE
Nevada Bar No. 16210
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
*Attorneys for Plaintiff*

/s/ Elizabeth A. Hanson
ALDEN J. PARKER
*Admitted Pro Hac Vice*
ELIZABETH A. HANSON
Nevada Bar No. 16249
FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
*Attorneys for Defendants*

**ORDER**

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED:    July 7, 2026

-2-

STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT